In the Matter of the Petition of Sarah Roxbury, Appellant, for the Payment of the Income of a Trust Fund Out of the Estate of Thomas J. Kearney, Deceased. Edward E. McCall and William H. Buckley, as Surviving Trustees under the Last Will and Testament of Thomas J. Kearney, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacques C. Cohn, Appellant, v. Sidney P. Hessel and Others, Respondents, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John A. Sloane, Respondent, v. Metropolitan Street Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Santo Reda, Respondent, v. Herman J. Rohrich and Ida M. Rohrich, His Wife, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. James H. Lomax, Relator, v. Francis V. Greene, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs. No opinion.

In the Matter of School Site, Delancey and Rivington Streets.— Motion granted.

The People of the State of New York ex rel. Joseph Fennelly v. Amalgamated Copper Company and Another. The People of the State of New York ex rel. Joseph Fennelly v. United Copper Company and Another.— Motions granted. See memorandum.

James T. Bridges and Another v. George B. Wade.— Motion denied, with ten dollars costs.

Johnson County Savings Bank v. George F. Phillips.— Motion denied, with ten dollars costs.

Anne McCormack v. Charles E. Coddington and Others.— Motion granted; questions certified as stated in memorandum.

In the Matter of Charles L. Tiffany, Deceased.— Motion denied, with ten dollars costs.

In the Matter of Hester Street School Site.— Reference ordered. See memorandum.

Samuel Hoff v. Robert H. Reid & Company.— Motion denied, with ten dollars costs.

Peter A. Gage v. The City of New York and Others.— Motion to certify questions to the Court of Appeals denied, with ten dollars costs, and motion to resettle order granted. See memorandum per curiam.

James A. Deering v. John Schreyer.— Motion denied, without costs. Memorandum per curiam.

Josephine Bean v. New York Edison Company.— Motion denied, with ten dollars costs.

F. J. Emmerich Company v. W. & J. Sloane.— Motion granted.

Edwin W. Knickerbocker v. Benn Conger and Others.— Motion denied, with ten dollars costs.

In the Matter of David Rothschild.— Motion denied, with ten dollars costs.

Muscatine Mortgage and Trust Company v. W. Irving Scott, Individually, etc.— Motion denied, with ten dollars costs.

John J. Keyes v. George C. Flint Company.— Motion denied, with ten dollars costs.

Addie E. Smith v. Borden's Condensed Milk Company.— Motion denied, with ten dollars costs.

Globe and Rutgers Fire Insurance Company v. The Robbins & Myers Company.— Motion denied, with ten dollars costs.

Vivian A. Buffum v. Willard J. Avery.— Motion granted so far as to dismiss appeal, with ten dollars costs.

Warren D. Smith v. Sigmund H. Bleier and Others.— Motion granted so far as to dismiss appeal, with ten dollars costs.

The Arlington Company, Respondent, v. The Insurance Company of New York, Appellant. The Arlington Company, Respondent, v. Fourteen Other Insurance Companies, Appellants.— Orders affirmed, with ten dollars costs and disbursements of one appeal. No opinion.

Helen J. Taylor v. Georgianna Briggs and Others.— Motion granted so far as to dismiss appeal, with ten dollars costs.

Michigan Savings Bank, Plaintiff, v. Coy, Hunt & Company, Defendant.— Exceptions overruled and motion for new trial denied, with costs. No opinion.